

# NUMBER 13-25-00107-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE LA JOYA INDEPENDENT SCHOOL DISTRICT

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Peña[1]**

On February 25, 2025, relator La Joya Independent School District filed a second amended petition for writ of mandamus asserting that the trial court abused its discretion by entering an ex parte temporary restraining order. By order issued that same day, this Court requested the real party in interest, Adriana Villarreal, to file a response to the petition for writ of mandamus within ten days. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

However, on March 3, 2025, relator advised the Court that the temporary restraining order at issue was no longer in effect and requested that we dismiss this original proceeding.

The Court, having examined and fully considered the petition for writ of mandamus, relator's motion, and the applicable law, is of the opinion that this original proceeding has been rendered moot. *See In re Contract Freighters, Inc.*, 646 S.W.3d 810, 813 (Tex. 2022) (orig. proceeding) (per curiam); *Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012); *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding). Accordingly, we withdraw our request for Villarreal to file a response to the petition for writ of mandamus, we grant relator's motion, and we dismiss this original proceeding as moot.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
4th day of March, 2025.